THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:21-cv-00165-MR

| | |
|---|---|
| JONATHAN SEVERT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Attorney Fees under § 406(b) of the Social Security Act [Doc. 21]. It is apparent from the Plaintiff's motion that § 406(a) fees have not yet been awarded to counsel for administrative work. Accordingly, the Court will stay this matter, and the Plaintiff's motion will be held in abeyance pending the issuance of an award letter setting forth the amount of § 406(a) fees awarded to counsel for administrative work.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Attorney Fees under § 406(b) of the Social Security Act [Doc. 21] is **HELD IN ABEYANCE**, and this matter is hereby **STAYED** pending further order of this Court.

**IT IS FURTHER ORDERED** that the Plaintiff shall provide the Court with a Status Report regarding the issuance of an award of § 406(a) fees every ninety (90) days following the entry of this Order.

**IT IS SO ORDERED.**

Signed: November 25, 2024

Martin Reidinger
Chief United States District Judge